**James SCHMIDT, Respondent,**

v.

**ARROWHEAD ELECTRIC, and MN Rural Electric Trust/CompCost, Relators.**

No. A04–604.

Supreme Court of Minnesota.

June 29, 2004.

Honorable Bradley J. Behr, Compensation Judge, Office of Administrative Hearings.

George W. Kuehner, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for Relator.

Patrick M. Spott, Jeremy M. Hurd, Orman, Nord & Spott Law Office, Duluth, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 12, 2004, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT
/s/Alan C. Page
Associate Justice